Order filed Jun 11, 2014



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00354-CV
_____

**EQUITABLE INVESTORS OF TEXAS, LLC, GARY SHEAGLY, 2801 ARCHERWOOD, INC., IRWIN KERBER, CASEY KEY, LLC, BERNARD LAVES, COTTONWOOD PLAZA, LLC, WALTER HORIKOSHI, KENNETH AND SUE CLEMMONS, JAMES GREY ENERGY, LLC, AND MCHAEUSZER GAS & OIL, LLC, Appellants**

**V.**

**NOXXE OIL AND GAS, INC., WESTERN ENERGY GROUP, LLC AND STEVEN SHAFER, Appellees**

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-75737**

## O R D E R

The notice of appeal in this case was filed May 5, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellants have established indigence or are excused by statute or the Texas Rules of Appellate Procedure

from paying costs has been filed. *See* Tex. R. App. P. 20.1; and Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before June 26, 2014**.** *See* Tex. R. App. P. 5. If appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM